WILLIAM R. TAMAYO - #084965 (CA)
JONATHAN T. PECK - #12303 (VA)
EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105
Telephone:  (415) 625-5646
Facsimile :  (415) 625-5657

Attorneys for Plaintiff


GARY BETHEL - #117547
GAGE DUNGY - #227977
LITTLER MENDELSON
5200 North Palm Avenue, Suite 302
Fresno, California 93704
Telephone: (559) 244-7500
Facsimile : (559) 244-7525

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>             Plaintiff,<br><br>   v.<br><br>MERCED COUNTY COMMUNITY ACTION AGENCY,<br><br>             Defendant. | CIVIL ACTION 1:05-CV-01241-OWW-LJO<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AND FOR RETENTION OF JURISDICTION BY THE COURT AND ORDER |

      Plaintiff Equal Employment Opportunity Commission (EEOC) and Defendant, Merced County Community Action Agency, (Agency) and through their undersigned counsel, hereby stipulate to dismissal with prejudice of all claims against the Agency.  There are no remaining issues or parties in this action.

      Pursuant to <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 381-82 (1994)

**STIPULATION & ORDER OF DISMISSAL**
**CV -01241-OWW-LJO**

and <u>Flanagan v. Arnaiz</u>, 143 F.3d 540, 543-44 (9th Cir. 1998), the parties further stipulate that this Court shall retain jurisdiction of this action for the purpose of resolving any disputes that may arise in the future regarding the parties' Settlement Agreement, attached hereto as Exhibit A to this Stipulation. The parties further agree that the Court's jurisdiction over this matter shall automatically expire on August 15, 2006. This stipulation is based on Rule 41 (a) (l) (ii) of the Federal Rules of Civil Procedure and has been signed for all parties. The EEOC and the Agency agree to bear their own attorney's fees and costs.

On Behalf of Defendant, Agency

DATED:   10/24/05        /s/ Gage C. Dungy

LITTLER MENDELSON

On Behalf of Plaintiff, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

DATED:   10/14/05        /s/ William R. Tamayo
WILLIAM R. TAMAYO
Regional Attorney

DATED:   10/12/05        /s/ Jonathan T. Peck
JONATHAN T. PECK
Supervisory Trial Attorney

**APPROVED AND SO ORDERED:**

DATED:   October 28, 2005        /s/ OLIVER W. WANGER
U.S. DISTRICT JUDGE

**STIPULATION & ORDER OF DISMISSAL
CV -01241-OWW-LJO**     2.